STATE OF NEW JERSEY v. SAMUEL LEE WILLIAMS.

January 30, 1979. Petition for certification granted.

STATE OF NEW JERSEY v. JOHN REBER.

January 30, 1979. Petition for certification denied.

TOWNSHIP OF EWING v. ANN KLEIN, COMMISSIONER OF THE NEW JERSEY DEPT. OF HUMAN SERVICES.

January 30, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES C. HOLMAN.

January 30, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. CHESTER ZAMORSKY.

January 31, 1979. Petition for certification granted and the matter is summarily remanded to Appellate Division for reconsideration in the light of the opinion of this Court in *State in the Interest of R.R., Jr.* 79 *N. J.* 97 (1979). Jurisdiction is not retained. See 159 *N. J. Super.* 273.